664 F.2d 480
 27 Fair Empl.Prac.Cas. 1073,
28 Empl. Prac. Dec. P 32,407
Michael E. SPIESS, Jack K. Hardy and Benjamin F. Rountree,
Plaintiffs- Appellees,
v.
C. ITOH & COMPANY (AMERICA), INC., Defendant-Appellant.
 No. 79-2382.
 United States Court of Appeals,
Fifth Circuit.
 
 Unit A*
 Dec. 9, 1981.
 Appeal from the United States District Court for the Southern District of Texas, 469 F.Supp. 1; Carl O. Bue, Jr., Judge.
 Fulbright & Jaworski, Joe P. Martin, Neil Martin, Nancy Morrison O'Connor, Houston, Tex., for defendant-appellant.
 Porter & Clements, Edward John O'Neill, Jr., Charles E. Humphrey, Jr., Houston, Tex., for plaintiffs-appellees.
 Lutz Alexander Prager, E.E.O.C., Washington, D. C., for amicus curiae.
 Before BROWN, AINSWORTH**, CHARLES CLARK, GEE, RUBIN, GARZA, REAVLEY, POLITZ, RANDALL, TATE, SAM D. JOHNSON, WILLIAMS and GARWOOD, Circuit Judges.
 
 BY THE COURT:
 
 1
 In light of the grant of certiorari by the Supreme Court of the United States in Avigliano v. Sumitomo Shoji America, Inc., --- U.S. ----, 102 S.Ct. ----, 70 L.Ed.2d ---, No. 81-24, and Sumitomo Shoji America, Inc. v. Avigliano, --- U.S. ----, 102 S.Ct. ----, 70 L.Ed.2d ---, No. 80-2070, it is ordered that the order of this court requiring the above styled cause to be reheard en banc, 654 F.2d 302, is vacated and the opinion of the panel dated the 24th day of April, 1981, 643 F.2d 353, is reinstated.
 
 
 
 *
 Former Fifth Circuit case, Section 9(1) of Public Law 96-452-October 14, 1980
 
 
 **
 Because of illness, Judge Ainsworth did not participate in the consideration of this order